EDWARD V. HARMAN, Respondent, v. PERFECT COATFRONT PAD COMPANY, INC., Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BARBARA SCHUMACHER, Appellant, v. PHILIP H. SCHUMACHER, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EVA BUNZELMAN, Respondent, v. MICHAEL BUNZELMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARTIN ROTHBARTH and Others, Respondents, v. FELIX HERZFELD and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

F. RICART & CO., INC., Respondent, v. ANTONIO J. SADALLAH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of ISIDORE HERMAN, Respondent, for a Peremptory Writ of Mandamus against JOHN F. GILCHRIST, as Commissioner of Licenses of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Dowling, J., dissenting and voting for reversal and denial of the motion.

MILLER BROS. HAT CO., INC., Appellant, v. A. D. SMITH SONS CO., a Foreign Corporation, Respondent.— Order modified by striking out the requirement for a bill of particulars as to item numbered " II," and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

IRVING KEMP, Respondent, v. S. CHARLES FISHER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FREDERICK WESCHE, Respondent, v. ERNEST T. GREINER, Appellant. (Action No. 1.) FREDERICK WESCHE, Respondent, v. ERNEST T. GREINER, Appellant, Impleaded with HERMAN C. KUPPER and Another. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS CUSACK COMPANY, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ABRAHAM S. BERNSTEIN, Appellant, v. WILLIAM F. KILNER and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PAYSON McL. MERRILL COMPANY, INC., Respondent, v. LOUIS WINTNER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.; Smith and Greenbaum, JJ., dissenting.